DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY COLBATH,**
Appellant,

v.

**ESTATE OF SAXON NAIRNE,**
Appellee.

Nos. 4D2023-1869 and 4D2023-1870

[May 23, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 502021CP002470XXXMB.

John Farina of Boyes, Farina & Matwiczyk, P.A., Palm Beach Gardens, for appellant.

Scott R. Bugay of Law Offices of Scott R. Bugay, P.A., Golden Glades, Bryan Scott Gowdy and Dimitrios Alexandros Peteves of Creedy & Gowdy, P.A., Jacksonville, Richard D. Schuler and Eric Hayden of Schuler, Halvorson, Weisser, Zoeller, Overbeck & Baxter, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***